# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDY WITT | ) | CIVIL ACTION NO._____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHASE, CHASE BANK-CUSTOMER SERVICE DEPARTMENT, CHASE-ATTN: HOME EQUITY SERVICING MAIL CODE OH4-7304, EXPERIAN (MINOR CRB SUSIDIARIES), TRANSUNION (MINOR CRB SUBSIDIARIES), EQUIFAX (MINOR CRB SUBSIDIARIES) AND INNOVIS | ) | |
| | ) | |
| Defendants, | ) | NOVEMBER 2, 2023 |

## NOTICE OF REMOVAL

The defendant, JPMorgan Chase Bank, N.A., incorrectly named as "Chase," "Chase Bank-Customer Service Department" and Chase-Attn: Home Equity Servicing Mail Code OH4-7304 ("Defendant" or "Chase") hereby provides notice pursuant to 28 U.S.C. §1441, of the removal of this action originally commenced in the Connecticut Superior Court, Judicial District of New London at New London. Defendant denies all claims and allegations contained in the superior court pleading and files this Notice of Removal without waiving any claims, defenses, exceptions, or obligations that may exist in its favor in any court.

### I. THE ACTION AND SERVICE OF PROCESS

Defendant is named in a suit commenced in the Connecticut Superior Court, Judicial District of New London at New London, styled *Wendy Witt v. Chase, Chase Bank,-Customer Service, Chase-Attn: Home Equity Servicing, Experian (Minor CRB Subsidiaries), Transunion (Minor CRB Subsidiaries), Equifax (Minor CRB Subsidiaries) and Innovis* Docket No.: KNL-CV23-5024673-S (the "Action"). Defendant was purportedly served by mail on September 25, 2023, with process received, per Defendant's records, on October 4, 2023, with multiple dates of receipt for

27184969.1

the defendants reflected (and not reflected) in the file (**Exhibit A**, Summons, Complaint and Returns of Service). Thus, removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because this Notice is filed within thirty (30) days of service.

## II.  STATEMENT OF STATUTORY BASIS FOR JURISDICTION

Removal of a state court action is proper where the federal court has: (1) federal question jurisdiction; or (2) diversity of citizenship jurisdiction. *See* 28 U.S.C. §§ 1331, 1332, 1446(a), 1446(b). This Court has federal question jurisdiction and diversity of citizenship jurisdiction.

### A.  Question of Federal Law

1. <u>This Action Arises Under the Constitution, Laws or Treaties of the United States</u>.

28 U.S.C. 1331 provides "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff's Complaint purports to sound in violations of state and federal consumer protection laws, including but not limited to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. 1681, *et seq.*, and Fair Debt Collection Practices Act ("FDCPA"), 15 USC 1692, *et seq*.

### B.  Diversity Jurisdiction

1. <u>The Parties are Citizens of Different States</u>.

Under 28 U.S.C. § 1332(a), district courts have jurisdiction to hear civil actions between citizens of different States as long as the matter in controversy exceeds $75,000. 28 U.S.C. § 1332. The Summons and Complaint in this action identify Plaintiff as a citizen of Connecticut and the three purported Chase defendants as citizens of Kansas, New York and Ohio; the citizenship of the remaining defendants is not specified, but none are believed to be citizens of Connecticut.  Additionally, the amount in controversy exceeds $75,000.00, alleged by the Plaintiff to include "compensatory and punitive damages in the amount of $250,000.00." See

27184969.1

Complaint, paragraph 40. As such, the district court has jurisdiction over this action under 28 U.S.C. §1332.

## III. **CONCLUSION**

WHEREFORE, Defendant respectfully requests that the Court assume jurisdiction over this matter and that no further proceedings be held in the Connecticut Superior Court, Judicial District of New London at New London. In the event that any question arises as to the appropriateness of removal, Defendant requests the opportunity to submit briefs and be heard at argument in support of its position that removal is proper.

DEFENDANT,
JPMORGAN CHASE BANK, N.A.

By: /s/ Brian D. Rich
Brian D. Rich (ct24458)
Barclay Damon, LLP
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511
Tel.: (203) 672-2670
Fax: (203) 951-3236
Email: brich@barclaydamon.com

27184969.1

## **CERTIFICATION**

      I certify that, on November 2, 2023, a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on the above date to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately receive electronic delivery, as follows:

Wendy Witt
122 Montauk Avenue
Stonington, CT 06378

                /s/ Brian D. Rich
                Brian D. Rich

27184969.1